IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.S.S.P., INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3707 |
| ROLL FORMER CORPORATION | : | |
| | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Friday, December 20, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

          Michael E. Kunz
          Clerk of Court


By:_____
Stephen Sonnie
Deputy Clerk
Phone:267-299-7074

Date: September 10, 2002

Copies:    Carole Conroy, Courtroom Deputy to Judge Waldman
          Docket Clerk - Case File

        Counsel:    Walter H. Flamm, Jr., Esq.
                        Robert H. Nemeroff, Esq.

ARB2.FRM