IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **R.S.S.P., INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **ROLL FORMER CORPORATION** | : | **No. 02-3707** |

### ORDER

The above-captioned action has been deemed to be eligible for arbitration, and as such shall proceed to disposition pursuant to Local Rule 53 of the Local Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania.

No discovery will be allowed after the Arbitration except upon order of the Court upon good cause shown as to why the discovery requested could not have been reasonably anticipated and completed prior to the Arbitration.

Counsel are advised that, should any party demand a trial <u>de novo</u> after the filing of an arbitration award, this case will be placed on the Court's active trial list immediately upon the filing of said demand.

**BY THE COURT:**

**JAY C. WALDMAN, J.**

Dated: