**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| R.S.S.P., INC. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No.  02-CV-3707 |
| : | |
| ROLL FORMER CORPORATION : | Judge Waldman |
| : | |
| Defendant : | |

**O R D E R**

AND NOW, this _____ day of _____, 2002, upon consideration of the Joint Motion of the Parties to Remove Case from Arbitration List,  and it appearing that the amount in controversy exceeds the arbitration limit of $150,000,  it is hereby ORDERED that this case be, and hereby is, removed from the arbitration list and shall be scheduled for trial.

BY THE COURT:

_____
Waldman, J.

137810 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.S.S.P., INC. | : | |
| Plaintiff, | : | |
| v. | : | No. 02-CV-3707 |
| ROLL FORMER CORPORATION | : | Judge Waldman |
| Defendant | : | |

**JOINT MOTION OF THE PARTIES TO REMOVE CASE
FROM ARBITRATION LIST**

Plaintiff, R.S.S.P., Inc., and Defendant, Roll Former Corporation, jointly move this Court to remove this case from the Arbitration List and to schedule it for trial.

The parties request this relief because, following discovery, it appears that the Plaintiff's damages exceed the arbitration limit of $150,000 set forth in Local Rule of Civil Procedure 53.2, and the parties are unable to agree to arbitrate the dispute notwithstanding the amount in controversy. Arbitration is presently scheduled for Friday, December 20, 2002.

Counsel for Defendant has authorized counsel for Plaintiff to make and file this motion on behalf of both parties.

**WHEREFORE**, the parties, respectfully request that this Court enter the attached Order and remove this case from arbitration by entering the Order attached hereto.

**FLAMM, BOROFF & BACINE, PC**
925 Harvest Drive
Blue Bell, PA 19422
Telephone: 215 239 6001
Facsimile: 215 239 6060


BY:_____
     Walter H. Flamm, Jr.
     Attorney for Plaintiff, R.S.S.P.
     Corporation

137810 v1