```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **R.S.S.P., INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ROLL FORMER CORPORATION** | : | **NO. 02-3707** |

### O R D E R

**AND NOW,** this          day of December, 2002, upon consideration of the parties' Joint Motion to Remove Case from Arbitration, as counsel have represented that it has been determined during discovery that the amount in controversy exceeds the $150,000 arbitration limit, **IT IS HEREBY ORDERED** that said Motion is **GRANTED.**

                                        **BY THE COURT:**


                                        _____
                                        **JAY C. WALDMAN, J.**