IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.S.S.P., INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROLL FORMER CORPORATION | : | NO. 02-3707 |

O R D E R

   AND NOW, this   day of April, 2003, it is hereby Ordered that a final pretrial conference is scheduled in the above case for Wednesday, July 2, 2003 at 11:15 a.m.  All pretrial memoranda and proposed jury instructions are due at that time.  This case is scheduled for trial on Tuesday, July 8, 2003 at 10:00 a.m.

   AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, J.