## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

R.S.S.P., INC.                            :
                                          :
            Plaintiff,                    :
                                          :
      v.                                  :        No.  02-CV-3707
                                          :
ROLL FORMER CORPORATION                   :
                                          :
            Defendant                     :

### MEMORANDUM OF LAW IN SUPPORT OF
### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO
### PRECLUDE PLAINTIFF'S DAMAGE ESTIMATE

I.    **STATEMENT OF FACTS.**

Plaintiff, R.S.S.P., Inc. ("R.S.S.P.") is an Indiana corporation with its

corporate headquarters and principal place of business at 403 East Main –

Atwood, Warsaw, IN 46580.  R.S.S.P. is in the business of manufacturing and

installing metal roofing and siding.  Defendant, Roll Former Corporation ("Roll

Former"), is a Pennsylvania corporation that maintains its principal place of

business at 2425 Maryland Road, Willow Grove, PA 19090.  Roll Former is in the

business of manufacturing and selling roll forming machines which are used by

the building construction industry to prepare coil metal stock and convert it into

individual panel pieces for metal roofing and siding.

R.S.S.P. purchased numerous pieces of equipment from Roll Former

costing in excess of $80,000.00.  Upon purchasing the equipment from Roll

Former, R.S.S.P. discovered that the machines, as manufactured and sold, were,

among other things, not capable of handling metal stock of certain widths, as

represented.  As a result, R.S.S.P. encountered numerous work stoppages and

150914 v1                           1

delays that required additional labor and material to compensate for the problems caused by manufacturing defects.

Litigation was originally commenced by R.S.S.P. against Roll Former in the Kosciusko Circuit Court, Kosciusko County, Indiana. R.S.S.P.'s Indiana state court action was voluntarily dismissed for lack of personal jurisdiction, since Roll Former did not have sufficient contacts with the Indiana forum. Upon dismissal in Indiana state court, R.S.S.P. then filed the present action with this Honorable Court.

During the course of discovery, Roll Former's counsel deposed R.S.S.P.'s president, Ken M. Collins. Among other things, Mr. Collins testified as to part of the damages to be claimed by R.S.S.P., specifically, the amount of time it took to actually repair the broken machines. Mr. Collins noted in his testimony that such damage estimates did not include the cost of down time. (See Exhibit "A", Deposition of Ken M. Collins, pp. 37-38). Mr. Collins also testified during his deposition that as a result of the broken machines purchased from Roll Former, R.S.S.P. "lost labor on other jobs" and "got behind on other jobs." (See Exhibit "A", p. 62).

After Mr. Collins' deposition, R.S.S.P. voluntarily, and without a further discovery request provided opposing counsel with a breakdown of that particular portion of the damages, i.e., the labor costs incurred in fixing the broken machines. The initial calculation came to $201,600.00 for this portion of the damages. This calculation was in no way a complete calculation of the damages claimed by R.S.S.P.

After receipt of this calculation, defense counsel, pointed out that it appeared that there was an error in the calculation of labor costs[1]. Counsel agreed that there was an error, and, in a spirit of attempting to streamline matters, offered to correct the calculation and redo a <u>complete</u> damage calculation for defense counsel.

On May 22, 2003, R.S.S.P. provided Roll Former with its complete calculation of damages in the amount of $326,836.22. (A true and correct copy of Plaintiff's Damage Calculations is attached hereto as Exhibit "B".) That calculation includes the corrected labor repair cost calculation, as well as all other damages claimed. R.S.S.P. has provided opposing counsel with any and all documentation relating to its damages calculations.

At no point during the course of this case did counsel for Defendant claim an inadequacy in response to discovery, nor did Defendant file any motion to compel responses to Interrogatories.

II.    **LEGAL ARGUMENT.**

A.    <u>**Summary: No good deed goes unpunished.**</u>

Plaintiff was represented by counsel in Indiana. Because there was no jurisdiction over the Defendant in Indiana, Plaintiff came to present counsel. When counsel reviewed Plaintiff's case, counsel discovered that a number of types and amounts of damages had not been claimed by Plaintiff in the Indiana matter. As it turns out, Plaintiff did not know that it was entitled to the types and amounts of damages which were ultimately claimed in this case. Consequently,

---

[1] The calculations were presented in a spreadsheet, and as a result of the formula used in the spreadsheet, the calculation was in error, since some fields were counted more than once.

and not surprisingly, the amounts of damages claimed here are larger than what was claimed in Indiana.

During the course of discovery in the case, and in an effort to make the case economical, Plaintiff's counsel engaged in a great amount of informal discovery with Defendant.  Defendant was confused about the damage calculations.  In one case, the confusion was justified due to a calculation error.  On several occasions, however, Plaintiff voluntarily met with Defense counsel to explain the calculations.  This culminated in Plaintiff's attempt to help Defense counsel by putting together a comprehensive summary of the damages in the case – something far beyond what is called for by the Rules.  The unlikely result of this attempt at assistance was this Motion.

The Motion demonstrates that Defense is still confused about the damage calculations because part of the focus in this demonstrates that the defense believes that the calculation of the down time is a calculation of the entire damage spectrum.  The fact is that Plaintiff has complied with all of its obligations under the Rules, and more, and Defendant has all of the information necessary to understand Plaintiff's damages and their calculation.

**B.**    **R.S.S.P. has provide reliable documentation to support its damage calculations.**

It is undisputed that in order to "prevail on a claim for breach of warranty under the Pennsylvania Uniform Commercial Code, a plaintiff must establish that a breach of warranty occurred and that the breach was the proximate cause of the specific damages sustained." Kruger v. Subaru of America, Inc., 996 F.Supp. 451 (E.D.Pa. 1998).  In the instant case, R.S.S.P. has not only provided sufficient

documentation to support its damage calculations, but has exceeded the requirements of discovery under the Pennsylvania Rules of Civil Procedure.

As an initial matter, present counsel did not represent R.S.S.P. in the original action filed in the Kosciusko District Court, Kosciusko County, Indiana. Present counsel did not become involved in this matter until filing the present action in the Eastern District of Pennsylvania. Defendant's Memorandum of Law in support of its Motion in Limine states that "[p]rior to filing suit in the Eastern District of Pennsylvania, R.S.S.P. made demand on Roll Former through its then counsel and provided a damage calculation stating that the damage incurred as a result of the alleged defects in the Roll Former machinery amounted to $50,120.00." Present counsel has represented that the aforementioned statement regarding a demand constitutes an offer to compromise or settle. Federal Rule of Evidence 408 – Compromise and Offers to Compromise provides in part:

> Evidence of (1) furnishing or offering or promising to furnish, or (2) accepting or offering or promising to accept, a valuable consideration in compromising or attempting to compromise a claim which was disputed as to either validity or amount, is not admissible to prove liability for or *invalidity of the claim or its amount.* Evidence of conduct or statements made in compromise negotiations is likewise not admissible.

Fed.R.Evid. 408 (emphasis added).

Upon representation of R.S.S.P., present counsel informed R.S.S.P. that it was entitled to other recoverable damages besides those claimed in the original damage calculation. As a result, the damage calculation originally claimed by R.S.S.P. prior to the filing of this action in this Court are irrelevant to the present

action.  Additionally, any evidence of R.S.S.P.'s offer to compromise prior to commencing the present action should be excluded under Fed.R.Evid. 408.

On November 13, 2002, Defense counsel deposed Mr. Collins.  Following Mr. Collins' deposition, R.S.S.P. agreed to furnish Defense counsel with additional documentation supporting its damages calculations.  On December 11, 2003, R.S.S.P. counsel Christopher Negrete sent a copy of documentation supporting a component of R.S.S.P.'s damage calculations with respect to lost labor as a result of the broken machinery (labor incurred in "jerry rigging", or demobilizing and remobilizing, and similar labor costs) via facsimile.  (A true and correct copy of the facsimile transmittal with attached documentation is attached hereto as Exhibit "C".)  Additionally, Mr. Negrete furnished more documentation regarding components of the damages in question on December 13, 2002.  (A true and correct copy of the December 13, 2002 facsimile transmittal is attached hereto as Exhibit "D".)

Upon reviewing R.S.S.P.'s lost labor calculations, counsel for Roll Former, Robert Nemeroff, indicated that it appeared that the calculations were inaccurately computed.  As a result of this concern, a meeting was held at Plaintiff's counsel's office.  After discussing the matter, it appeared that there was in fact a mathematical error in the spreadsheet calculation which resulted in some of the amounts being calculated twice.  It was agreed that R.S.S.P. would recalculate the lost labor component of their damage claim, as well as provide Roll Former a completed damages calculation.  On May 22, 2003, R.S.S.P. provided Roll Former with its completed damages calculation.

150914 v1

6

In the instant case, R.S.S.P. has exceeded its discovery responsibilities. Not only has counsel for R.S.S.P. provided Roll Former with any and all documents relating to damages, counsel for R.S.S.P. has met with Defense counsel in an attempt to explain the information provided.

Moreover, if counsel for Roll Former was not satisfied with the documentation they received, it should have filed a motion to compel discovery responses. In support of its Motion in Limine, Defendant relies on <u>Ware v. Rodale Press, Inc.</u>, 322 F.3d 218 (3rd Cir. Pa. 2003). In <u>Ware</u>, the court held that the exclusion of evidence regarding damages at trial was warranted where the plaintiff failed to comply with a discovery *order*. <u>See</u> <u>id.</u> at 221. "Federal Rule of Civil Procedure 37(b)(2)(B) authorizes a district court to sanction a party's failure to comply with a *discovery order* by 'prohibiting that party from introducing designated matters into evidence.'" <u>Id.</u> (emphasis added). In the instant case, Defendant never filed a motion to compel. Plaintiff has not only complied with the rules of discovery, but has exceeded their responsibilities under the rules. As a result, this Court has never issued an order compelling discovery. Since this Court has never issued an order compelling discovery against the Plaintiff in this matter, Plaintiff is not subject to the stringent sanctions provided for under Federal Rule of Civil Procedure 37(b)(2).

C.    **R.S.S.P. Is Not In Violation of Daubert and Its Progeny
Because Mr. Collins Is Not an Expert Witness.**

Defendant cites Daubert v. Merrell Dow Pharmaceuticals, 509 U.S. 579,

113 S.Ct. 2786, 125 L. Ed. 2d 469 (1993).  Daubert and its progeny apply to the

admissibility of expert testimony.  In essence, the list of factors set forth in

Daubert pertaining to the admissibility of scientific (and expert) testimony serves

as a guideline for the court's gate-keeping role in considering an expert. See

Moyer v. United Dominion Industries, Inc., 2000 U.S. Dist. LEXIS 12315, *1

(E.D.Pa. 2000).  "The United States Court of Appeals for the Third Circuit has

concluded that the gate-keeping role when considering *expert,* scientific

testimony boils down to two major requirements: that the proffered *expert be*

*qualified to express an expert opinion* and that the proffered opinion be reliable."

Id., 2000 U.S. Dist. LEXIS at *1. (emphasis added).

In the instant case, Mr. Collins has never been identified nor qualified as

an expert.  As President of R.S.S.P., Mr. Collins will be called as a fact witness.

Mr. Collins is not an economist and does not possess expert knowledge with

respect to economic losses.  Mr. Collins has personal, first-hand knowledge of

the damages and losses sustained by R.S.S.P. as a result of the broken

machines purchased from Roll Former.  Since Mr. Collins will not be called as an

expert witness with respect to economic damages (or as an expert for any other

subject involved in the present action), the Daubert standard regarding the

admissibility of expert testimony is inapplicable.

## III.    CONCLUSION.

For the reasons set forth above, Plaintiff, R.S.S.P., respectfully request that this Honorable Court deny Defendant Roll Former Corporation's Motion in Limine to Preclude Plaintiff's Damage Estimate.

Respectfully submitted,

**FLAMM, BOROFF & BACINE, PC**
925 Harvest Drive
Blue Bell, PA 19422
Telephone: 215 239 6001
Facsimile:  215 239 6060


BY:_____
         Walter H. Flamm, Jr.
         Corey F. Higgins
         Counsel for Plaintiff
         R.S.S.P., Inc.

**EXHIBIT "A"**

KEN M. COLLINS                37

1    with the VS-150 machine?

2              A.    Okay.  Item one, the Clinton Frame

3    Church, item two, item three, item four, item

4    five.  That's it, one through five.

5              Q.    With regard to item number one of

6    C-7, which you have in front of you, you indicate

7    that we'll call it the fix, or the repair, took

8    six man hours, correct?

9              A.    To actually do the repair, yes.

10             Q.    Who did the repair?

11             A.    Our own people.

12             Q.    Was that with the assistance of

13   Roll Former?

14             A.    Yes, sir.

15             Q.    Was that assistance provided over

16   the phone?

17             A.    Yes, sir.

18             Q.    What records do you have that

19   would reflect that it took six man hours to do

20   that repair, apart from C-7?

21             A.    We just basically at that time --

22   what we did is we took the labor hours, which we

23   track every day to a job, and constituted how many

24   man hours we thought it took to actually repair

PRECISION REPORTING, INC. (215) 731-9847

1    the machine.  That's not counting any downtime.

2    That's just to take the part apart and fix it.

3                    Q.    Is there a document, a label

4    record of some kind that exists anywhere that

5    shows that the repair for item number one took six

6    man hours?

7                    A.    Again, the only labor hours we

8    have -- we job cost analyze every job we do.  All

9    we can do is take the men that were actually

10   involved in this and go by what they tell us as

11   far as hours.

12                   Q.    So one of your men, or more of

13   your men, told you it took six hours to repair

14   this?

15                   A.    Correct.

16                   Q.    Six man hours?

17                   A.    Correct.

18                   Q.    And if you look at the last page

19   of C-7, under item number one, Clinton Frame lost

20   time and repair, $240?

21                   A.    That was for the actual repair of

22   the machine.

23                   Q.    Does that $240 correspond to the

24   six man hours that were required to do the actual

PRECISION REPORTING, INC. (215) 731-9847

KEN M. COLLINS                    62

1              A.      Again, we track every job, every

2       nut and bolt, labor, so on, and we derived that we

3       have 400 man hours in that project total.

4              Q.      Again, that's at $40 an hour?

5              A.      At that time.  Now we are 55.

6              Q.      Any documentation you have to

7       support that $16,000 figure I would appreciate you

8       turning it over to your attorney.

9              A.      Correct.

10             Q.      The next item, is that a separate

11      item, backlog labor and back charges for $16,000?

12             A.      Correct.

13             Q.      What does that correspond to?

14             A.      We basically had to do the roof

15      two or three times over, so we lost labor on other

16      jobs, got behind on other jobs, made other people

17      unhappy.

18             Q.      Item number four, Agri Core, total

19      $47,720.  Is that the sum total of all of the

20      expenses you claim R.S.S.P. is entitled to as a

21      result of the problems that you encountered with

22      the VS-150 on that job?

23             A.      I believe so.

24             Q.      Now, if I can direct your

PRECISION REPORTING, INC. (215) 731-9847

**EXHIBIT "B"**

## R.S.S.P. Damage Calculations:

**Equipment:**

1. VS-150 w/ hydraulic drive and shear - $45,030.00
2. SSSP3 SN:6276/PCM SN: 4081 ($41,135.00)
   + PCM (see invoice # 5856) = $47,800.00
3. FL 105-1" Wall Panel - $33,250.00
4. VS-150 w/ hydraulic drive and shear; SOP-15 Dies only; Digital Controller; and "Bolt-on" Striation Rib Attachment - $18,232.50
5. PCM - $9,200.00
6. Bolt-on Striation Rib Attachment - $6,100.00

Total Equipment Damages: $159,612.50

**Replacement Parts:**

1. Toggle Switch - $ 63.72
2. Agricore – Cost of 11,799 sq. ft. of metal - $11,210.00
3. Agricore – Cost of 5,250 clips - $762.00
4. Agricore – Cost of 10,500 screws - $683.00
5. Agricore – Extra Trim - $500.00

Total Replace Parts Damages: $13,218.72

**Accu-Counter Control Center:**

1. Extra person to run machine ($40.00-$55.00/hour) – 1 man x 2 years = $86,400.00

Total: $86,400.00

**Cost of Repair Labor:**

1. Clinton Frame Mennonite Church - $240.00
2. Time to replace hydraulic pump - $240.00
3. Time to repair wall panel machine (replace nuts, bolts, and dies) - $120.00
4. Time to repair panel machine on Ritzcraft job - $200.00
5. Major Hospital – time to change the radius machine - $1,600.00
6. Agricore – Labor – 400 hours - $16,000.00
7. Agricore – Fabricated Labor - $2,565.00

Total Cost of Repair Labor: $20,965.00

**Cost of Back-log Labor[1]:**

1. Clinton Frame - $800.00
2. Agricore - $16,000.00
3. Ritzcraft – $800.00
4. Miscellaneous machine repair - $4,000.00
5. Major Hospital - $1,600
6. Time to repair wall panel machine - $120.00

Total Cost of Back-log Labor: $23,320.00

**Cost of Down-Time:**

1. Clinton Frame - $800.00
2. Agricore - $16,000.00
3. Ritzcraft – $800.00
4. Miscellaneous machine repair - $4,000.00
5. Major Hospital - $1,600.00
6. Time to repair wall panel machine - $120.00

Total Cost of Down Time: $23,320.00

**TOTAL DAMAGES: $326,836.22**

---

[1] The calculations for "Back-log Labor" and "Down-Time" are based on the Mobilization/Demobilization chart provided by R.S.S.P. on December 11, 2002. In the chart, R.S.S.P. inaccurately calculated the mobilization and demobilization damages. Our "Back-log Labor" and "Down-Time" damage calculations reflect the correct and accurate damages incurred by R.S.S.P.

**EXHIBIT "C"**

**Confirmation Report — Memory Send**

```
Page        : 001
Date & Time: Dec-11-2002  03:11pm
Line 1      : 215-239-6060
Line 2      : 215-239-6060
E-mail      : fax@flammlaw.com
Machine ID  : Flamm, Boroff & Bacine, pc
```

| | | |
|---|---|---|
| Job number | : | 708 |
| Date | : | Dec-11 03:10pm |
| To | : | ☎92156357212 |
| Number of pages | : | 005 |
| Start time | : | Dec-11 03:10pm |
| End time | : | Dec-11 03:11pm |
| Pages sent | : | 005 |
| Status | : | OK |
| Job number | : 708 | *** SEND SUCCESSFUL *** |

# FLAMM, BOROFF & BACINE, P.C.

925 Harvest Drive, Suite 220
Blue Bell, PA 19422
Direct Dial: 215-239-6036
Tel: 215-239-6000
Facsimile: 215-239-6060

## FAX COVER SHEET

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND COVERED BY THE ATTORNEY CLIENT AND OTHER APPLICABLE PRIVILEGES AT LAW. THE INFORMATION IS INTENDED FOR THE NAMED ADDRESSEE (S) AND NO OTHERS. IF YOU RECEIVED THIS TRANSMISSION IN ERROR, OR IF YOU EXPERIENCED DIFFICULTY IN RECEIVING THE TRANSMISSION, PLEASE CALL THE SENDER IMMEDIATELY. THANK YOU.

**FROM:**    CHRISTOPHER C. NEGRETE, ESQUIRE

**DATE:**    December 11, 2002

**PAGES:**    5, including this page

**RE:**    RSSP v. Roll Former Corporation

| NAME | ORGANIZATION | FAX NUMBER |
|---|---|---|
| Robert Nemeroff, Esq. | Jaffe, Friedman | (215) 635-7212 |
| | | |
| | | |
| | | |

**MESSAGE:** Attached please find the calculation of damages forwarded to me by RSSP. I will forward any further information I get to you as soon as I receive it. Thanks.

74846 v1

# FLAMM, BOROFF & BACINE, P.C.

925 Harvest Drive, Suite 220
Blue Bell, PA 19422
Direct Dial: 215-239-6036
Tel: 215-239-6000
Facsimile: 215-239-6060

## FAX COVER SHEET

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL
AND COVERED BY THE ATTORNEY CLIENT AND OTHER APPLICABLE
PRIVILEGES AT LAW.  THE INFORMATION IS INTENDED FOR THE NAMED
ADDRESSEE (S) AND NO OTHERS.    IF YOU RECEIVED THIS
TRANSMISSION IN ERROR, OR IF YOU EXPERIENCED DIFFICULTY IN
RECEIVING  THE  TRANSMISSION,  PLEASE  CALL  THE  SENDER
IMMEDIATELY.  THANK YOU.


FROM:      CHRISTOPHER C. NEGRETE, ESQUIRE

DATE:      December 11, 2002

PAGES:     5, including this page

RE:        RSSP v. Roll Former Corporation


| NAME | ORGANIZATION | FAX NUMBER |
|------|-------------|-----------|
| Robert Nemeroff, Esq. | Jaffe, Friedman | (215) 635-7212 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

MESSAGE:   Attached please find the calculation of damages forwarded to
me by RSSP.  I will forward any further information I get to you as soon as I
receive it.  Thanks.


74846 v1

| | Actual Time | | | | Back Log Labor | |
|---|---|---|---|---|---|---|
| | Men | Hours | | | Men | Hours |
| Clinton Frame | 2 | 10 | | | 2 | 10 |
| Agricore | 4 | 100 | | | 4 | 100 |
| RitzCraft | 2 | 10 | | | 2 | 10 |
| Misc Machine Repair | 4 | 25 | | | 4 | 25 |
| Major Hospital | 2 | 20 | | | 2 | 20 |
| Wall Panel Machine | 1 | 3 | | | 1 | 3 |
| Total | 15 | 168 | | | 15 | 168 |
| Total Man Hours | | 2520 | | | | 2520 |
| Hourly Labor Rate | | $40.00 | | | | $40.00 |
| Dollar Amount Lost | | $100,800.00 | | | | $100,800.00 |

| Total Loss |
|---|
| $201,600.00 |

Roll Former Corp.
Panel Former

➢ U-Panel Machine
Clinton Frame Church
Motor burned out due to the ground wire not being connected inside
of the motor. RSSP removed and replaced the wire. This took 6 man-
hours.

➢ Accu Counter
Does not work properly in cold weather. The counter was replaced
with a counter from another Roll Former Machine. In ideal weather
the problematic counter system only works on occasion. It will not
shear and from the panel in the pre programmed lengths. Panel length
can vary from 2" to 8" at any given time.

➢ Hydraulic pump and motor system
Does not work properly in cold weather. A new motor was installed
along with a new pump and lighter weight hydraulic oil. This seems
to have solved the problems. It took 6 man-hours for the repair.

➢ SOP Panel
Agri-Core
A 9" SOP Panel was being installed. The panel clips and screws were
very visible after the panels were installed. RSSP removed a large
section of roof. At this point RSSP re-made new panels and installed
them. Again each and every clip and screw was showing in the roof.
RSSP then found that the two dyes at R3-5 and R4-5 were defective.
This caused the mail leg to be formed too tight, which let the female
leg snap into place extremely tight. This caused the clips and screws
to create dents in the finished roof. This problem was discussed with
Roll Former Corp. While Ken Collins was in Pennsylvania picking
up a new machine. Roll Former denied any responsibility for the
problem at this time. Two weeks later RSSP unexpectedly received
new dyes for R3-5 and R4-5. The old dyes were checked and were
not bent or twisted in any way. New dyes were installed in position
R3-5 and R4-5 and this solved the problem. RSSP lost 400 man-
hours. Replacement coil also had to be purchased equaling 11,799
square feet. We also fell behind schedule due to this problem.

➢ Ritzcraft

Roll former stated that the machine would make a 24" panel. At this time RSSP found that it could only make a 23" panel. RSSP was able to make a proper modification to enable us to produce a 24" panel. This modification took 5 man-hours.

➢ Major Hospital

RSSP was on site with panels and radius machine on the roof. When we found that the radius machine could not make a 24" Radius Panel. After talking to roll former it was determined that the gears at the upper level of the machine would have to be removed and reinstalled above the frame of the machine. This required the removal of the motor and roller shaft along with other small parts. Once this was completed it allowed enough clearance so that a 24" radius panel could be formed. RSSP lost 400 man-hours due to t modification, which were made to the radius machine.

➢ Wall Panel Machine

Roller shaft at position, s1 and 11 was bent upon RSSP taking deliver of the machine. Replacement shafts have not been received. Forming dyes at position 9 on the left side fell off causing material and roller damage on upper and lower levels at position 10. Replacement bolts and dyes were installed. It was found that bolts holding the dyes in position on had 2-3 bolt threads holding dyes in position. RSSP had 3 man-hours of repair and down time.

➢ Structural Panel Machine

This machine has difficulty in holding the coil in the dyes as it passes through the machine. The coil material moved from right to left slightly causing the females and male legs to vary in height. The modifications have not been made to this machine.

RSSP has been very dissatisfied with the roll formed corporation product. RSSP is constantly having problems with these machines. We encounter problems with these machines constantly.

Roll Former Corporation came to the RSSP facility on April 27, 2001 to inspect the SOP Panel Former, Wall and Soffit Panel Former and the Radius Panel Former. Phil Altermire was the support staff for Roll Former. He recalibrated the machine for better length and looked at various other complaints RSSP has been having. Mr. Altermire also was to see what could be done as far as UL testing and a wiring system for a hot melt glue system. Roll Former was also to RSSP know what modifications were needed to make it easier to produce small panels and soffit length. Exit mountd shears were discussed also. As of June, 1, 2001 RSSP has not heard from Roll Former on any of these problems.

**EXHIBIT "D"**

Confirmation Report — Memory Send

```
                                    Page      : 001
                                    Date & Time: Dec-13-2002  10:49am
                                    Line 1    : 215-239-6060
                                    Line 2    : 215-239-6060
                                    E-mail    : fax@flammlaw.com
                                    Machine ID : Flamm, Boroff & Bacine, pc
```

| | | |
|---|---|---|
| Job number | : | 764 |
| Date | : | Dec-13 10:47am |
| To | : | ☎92156357212 |
| Number of pages | : | 014 |
| Start time | : | Dec-13 10:47am |
| End time | : | Dec-13 10:49am |
| Pages sent | : | 014 |
| Status | : | OK |

Job number    : 764          *** SEND SUCCESSFUL ***

# FLAMM, BOROFF & BACINE, P.C.

925 Harvest Drive, Suite 220
Blue Bell, PA 19422
Direct Dial: 215-239-6036
Tel: 215-239-6000
Facsimile: 215-239-6060

## FAX COVER SHEET

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND COVERED BY THE ATTORNEY CLIENT AND OTHER APPLICABLE PRIVILEGES AT LAW. THE INFORMATION IS INTENDED FOR THE NAMED ADDRESSEE (S) AND NO OTHERS. IF YOU RECEIVED THIS TRANSMISSION IN ERROR, OR IF YOU EXPERIENCED DIFFICULTY IN RECEIVING THE TRANSMISSION, PLEASE CALL THE SENDER IMMEDIATELY. THANK YOU.

**FROM:**    CHRISTOPHER C. NEGRETE, ESQUIRE

**DATE:**    December 13, 2002

**PAGES:**    13, including this page

**RE:**    RSSP v. Roll Former Corporation

| NAME | ORGANIZATION | FAX NUMBER |
|---|---|---|
| Robert Nemeroff, Esq. | Jaffe, Friedman | (215) 635-7212 |
| | | |
| | | |
| | | |

**MESSAGE:**    Per your request, please find the attached documents regarding the above referenced matter. Please call me with any questions you may have.

74846 v1

# FLAMM, BOROFF & BACINE, P.C.

925 Harvest Drive, Suite 220
Blue Bell, PA 19422
Direct Dial: 215-239-6036
Tel: 215-239-6000
Facsimile: 215-239-6060

## FAX COVER SHEET

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND COVERED BY THE ATTORNEY CLIENT AND OTHER APPLICABLE PRIVILEGES AT LAW. THE INFORMATION IS INTENDED FOR THE NAMED ADDRESSEE (S) AND NO OTHERS.    IF YOU RECEIVED THIS TRANSMISSION IN ERROR, OR IF YOU EXPERIENCED DIFFICULTY IN RECEIVING THE TRANSMISSION, PLEASE CALL THE SENDER IMMEDIATELY. THANK YOU.

FROM:      CHRISTOPHER C. NEGRETE, ESQUIRE

DATE:      December 13, 2002

PAGES:      13, including this page

RE:      RSSP v. Roll Former Corporation

| NAME | ORGANIZATION | FAX NUMBER |
|---|---|---|
| Robert Nemeroff, Esq. | Jaffe, Friedman | (215) 635-7212 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

MESSAGE:    Per your request, please find the attached documents regarding the above referenced matter.  Please call me with any questions you may have.

74846 v1

# COST BREAKDOWN

HEALTH INSURANCE.................................................................................0.61 per hour

LIABILITY-WORKMAN'S COMP.............................................................2.31 per hour

AVERAGE HOURLY WAGE....................................................................22.38 per hour

OPERATING EXPENSES..........................................................................13.20 per hour

## AVERAGE COST PER HOUR.........................$40.00

| | Actual Time | | | Back Log Labor | |
|---|---|---|---|---|---|
| | Men | Hours | | Men | Hours |
| Clinton Frame | 2 | 10 | | 2 | 10 |
| Agricore | 4 | 100 | | 4 | 100 |
| RitzCraft | 2 | 10 | | 2 | 10 |
| Misc Machine Repair | 4 | 25 | | 4 | 25 |
| Major Hospital | 2 | 20 | | 2 | 20 |
| Wall Panel Machine | 1 | 3 | | 1 | 3 |
| Total | 15 | 168 | | 15 | 168 |
| Total Man Hours | | 2520 | | | 2520 |
| Hourly Labor Rate | | $40.00 | | | $40.00 |

| Dollar Amount Lost | $100,800.00 | $100,800.00 |
|---|---|---|

| Total Loss |
|---|
| $201,600.00 |

JOB CLOSE-OUT REPORT

| JOB NUMBER: | 0640099 | Major Hospital | | | CUSTOMER NO: | ELRO | | Ellerman Roofing | | | | | |
| | | JOB TYPE: | 000 | STANDARD JOB TYPE | BILL METHOD: | F | FIXED | ESTIMATOR: | | START DATE: | | | |
| | | JOB STATUS: | C | COMPLETE | STATUS DATE: | 11/30/99 | | MANAGER: | | COMPL. DATE: | | | |
| | | CONTRACT NO: | | | REV. CONTRACT: | 7,811.64 | | SQUARE FT: | 2,363 | | | | |
| | | CONTR DATE: | 11/03/99 | | BILLED TO DATE: | .00 | | RETENTION: | .00 | | | | |
| | | ACCT METHOD: | P | % COMPLETE | PAID TO DATE: | .00 | | PROFT AMT: | -103.04 | PROFIT %: | | -1.32% |

| COST CODE/ COST TYPE | | U/M | UNITS | | DOLLARS | | % OF ESTMT | COST VARIANCE | COST VAR % | OUTSTANDING WORK IN PROC |
| | | | REV ESTIMATE | JOB-TO-DATE | REV ESTIMATE | JOB-TO-DATE | | | | |
| 01-001 L Labor | Labor | HOUR | 0.00 | 173.00 | .00 | 3,694.13 | .0% | 3,694.13- | .0% | 3,694.13 |
| 02-001 M Material | Material | EACH | 0.00 | 9,413.35 | .00 | 4,220.55 | .0% | 4,220.55- | .0% | 4,220.55 |
| JOB TOTAL: | | | | | .00 | 7,914.68 | .0% | 7,914.68- | .0% | 7,914.68 |
| COST/SQUARE FT: | | | | | .00 | 3.35 | .0% | 3.35- | .0% | 3.35 |

Major Hospital

...TION DETAIL REPORT

0640099    Major Hospital

| | | | |
|---|---|---|---|
| JOB TYPE: 000 STANDARD JOB TYP | CUSTOMER NO: ELRO | Ellerman Roofing | START DATE: |
| JOB STATUS: O OPEN | BILL METHOD: F FIXED | ESTIMATOR: | COMP'L DATE: |
| CONTRACT NO: | STATUS DATE: 11/30/99 | MANAGER: | SQUARE FT: 2,163 |
| % COMPLETE: 50.00% | CONTR DATE: 11/03/99 | REV. CONTRACT: 7,811.64 | CALC% CMP: 00% |
| | REPORTED DATE: 04/30/00 | REV. ESTIMATE: 00 | |

| DATE | TYPE SRC | REFERENCE/POSTING REMARKS | | | BILLED? | UNIT COST | UNITS | DOLLARS | REVISED ESTIMATE | % OF ESTM |
|---|---|---|---|---|---|---|---|---|---|---|
| | L | Labor | | | U/M: HOUR | 0.00 | | | 00 | |
| 03/31/00 | AP | 00BARO | 3145 | 3-1 | N | 25.00 | 3.00 | 75.00 | | .0% |
| 03/31/00 | AP | 00BARO | 3145 | 3-1 | N | 18.50 | 3.00 | 55.50 | | .0% |
| 04/30/00 | AP | 00BARO | 3208 | 4/19 | N | 25.00 | 16.50 | 412.50 | | .0% |
| 04/30/00 | AP | 00BARO | 3208 | 4/19 | N | 18.50 | 14.50 | 268.25 | | 0% |
| 04/30/00 | AP | 00BARO | 3208 | 4/19 | N | 20.50 | 14.50 | 297.25 | | 0% |
| 04/30/00 | AP | 00BARO | 3218 | 4/24 | N | 20.50 | 9.50 | 194.75 | | .0% |
| 04/30/00 | AP | 00BARO | 3218 | 4/24 | N | 25.00 | 14.00 | 350.00 | | 0% |
| 04/30/00 | AP | 00BARO | 3218 | 4/24 | N | 18.50 | 14.00 | 259.00 | | 0% |
| 04/30/00 | AP | 00BARO | 3218 | 4/28 | N | 25.00 | 1.00 | 25.00 | | 0% |
| 04/30/00 | AP | 00BARO | 3218 | 4/28 | N | 18.50 | 1.00 | 18.50 | | 0% |
| 05/31/00 | AP | 00BARO | 3294 | 5/10 | N | 25.00 | 14.50 | 362.50 | | 0% |
| 05/31/00 | AP | 00BARO | 3294 | 5/10 | N | 18.50 | 14.50 | 268.25 | | 0% |
| 05/31/00 | AP | 00BARO | 3294 | 5/11 | N | 25.00 | 6.50 | 162.50 | | 0% |
| 05/31/00 | AP | 00BARO | 3294 | 5/11 | N | 18.50 | 8.50 | 157.25 | | 0% |
| 05/31/00 | AP | 00BARO | 3294 | 5/15 | N | 25.00 | 12.75 | 318.75 | | .0% |
| 05/31/00 | AP | 00BARO | 3294 | 5/15 | N | 18.50 | 12.75 | 235.88 | | .0% |
| 05/31/00 | AP | 00BARO | 3294 | 5/26 | N | 20.50 | 1.00 | 20.50 | | .0% |
| 05/31/00 | AP | 00BARO | 3294 | 5/26 | N | 18.50 | 10.50 | 194.25 | | .0% |
| 05/31/00 | AP | 00BARO | 3294 | 5/26 | N | 18.50 | 1.00 | 18.50 | | 0% |

|  | | | | | COST TYPE L TOTAL: | 21.35 | 173.00 | 3,694.13 | .00 | .0% |
|  | | | | | COST CODE 01-001 TOTAL: | | | 3,694.13 | .00 | .0% |

02-001          Material

| DATE | TYPE SRC | REFERENCE/POSTING REMARKS | | BILLED? | UNIT COST | UNITS | DOLLARS | REVISED ESTIMATE | % OF ESTM |
|---|---|---|---|---|---|---|---|---|---|
| | M | Material | | U/M: EACH | 0.00 | | | .00 | |
| 03/31/00 | IM | REF: 00000071 | ITEM: SEAPRT | N | 0.70 | 80.00 | 56.00 | | .0% |
| 04/30/00 | IM | REF: 00000079 | ITEM: SEAPCL | N | 0.70 | 172.10 | 120.47 | | .0% |
| 04/30/00 | IM | REF: 00000079 | ITEM: SNAPU | N | 0.16 | 1000.00 | 164.00 | | .0% |
| 04/30/00 | IM | REF: 00000079 | ITEM: CLPS1 | N | 0.02 | 2000.00 | 46.00 | | .0% |
| 04/30/00 | IM | REF: 00000080 | ITEM: SNOJAX | N | 4.13 | 180.00 | 742.68 | | .0% |
| 04/30/00 | IM | REF: 00000080 | ITEM: SEAPRT | N | 0.70 | 45.00 | 31.50 | | .0% |
| 04/30/00 | IM | REF: 00000080 | ITEM: SEAPRT | N | 0.68 | 197.00 | 133.35 | | .0% |
| 04/30/00 | IM | REF: 00000081 | ITEM: SEAPCL | N | 0.64 | 1931.25 | 1,236.00 | | .0% |
| 04/30/00 | IM | REF: 00000081 | ITEM: SNOJAX | N | 3.57 | 180.00 | 641.70 | | .0% |
| 05/31/00 | IM | REF: 00000082 | ITEM: SEAPCL | N | 0.64 | 2437.00 | 1,559.68 | | .0% |
| 05/31/00 | IM | REF: 00000082 | ITEM: WASHER | N | 0.02 | 400.00 | 8.00 | | .0% |
| 05/31/00 | IM | REF: 00000082 | ITEM: TUFPNT | N | 10.87 | 1.00 | 10.87 | | .0% |
| 05/31/00 | IM | REF: 00000083 | ITEM: SEAPRT | N | 0.70 | 70.00 | 49.00 | | .0% |
| 05/31/00 | IM | REF: 00000083 | ITEM: SNAPU | N | 0.16 | 300.00 | 49.20 | | .0% |
| 05/31/00 | IM | REF: 00000083 | ITEM: CLPS1 | N | 0.02 | 600.00 | 13.80 | | .0% |
| 05/31/00 | IM | REF: 00000084 | ITEM: SNOJAX | N | 3.57 | 144.00- | 513.36- | | .0% |
| 05/31/00 | IM | REF: 00000088 | ITEM: SNOJAX | N | 3.57 | 36.00- | 128.34- | | .0% |

|  | | | COST TYPE M TOTAL: | 0.45 | 9413.35 | 4,220.55 | .00 | 0% |
|  | | | COST CODE 02-001 TOTAL: | | | 4,220.55 | .00 | .0% |
|  | | | JOB 0640099 TOTAL: | | | 7,914.68 | .00 | .0% |
|  | | | REPORT TOTAL: | | | 7,914.68 | .00 | .0% |



— CORRECTED

# JOB CLOSE-OUT REPORT

**REGISTER NO: JO-0002**

JOB NUMBER: 0840099  ▬▬▬

| | | |
|---|---|---|
| JOB TYPE: 000 STANDARD JOB TYPE | CUSTOMER NO: MICO | Midstates Construction |
| JOB STATUS: C COMPLETE | BILL METHOD: F FIXED | ESTIMATOR: |
| CONTRACT NO: | STATUS DATE: 12/20/99 | MANAGER: |
| CONTR DATE: 12/20/99 | RRV. CONTRACT: .00 | SQUARE FT: 0 |
| ACCT METHOD: P % COMPLETE | BILLED TO DATE: .00 | RETENTION: .00 |
| | PAID TO DATE: .00 | PROFT AMT: -23,039.52 |

START DATE:
COMPL DATE:
PROFIT % .00%

| COST CODE/ COST TYPE | | U/M | UNITS REV ESTIMATE | JOB-TO-DATE | DOLLARS RRV ESTIMATE | JOB-TO-DATE | % OF ESTMT | COST VARIANCE | COST VAR % | OUTSTANDING WORK IN PROC |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-001 | Labor | | | | | | | | | |
| L Labor | | HOUR | 0.00 | 376.25 | .00 | 14,678.00 | .0% | 14,678.00- | .0% | 14,678.00 |
| 02-001 | Material | | | | | | | | | |
| M Material | | EACH | 0.00 | 29,376.00 | .00 | 8,361.52 | .0% | 8,361.52- | .0% | 8,361.52 |
| JOB TOTAL: | | | | | .00 | 23,039.52 | .0% | 23,039.52- | .0% | 23,039.52 |
| COST/SQUARE FT: | | | | | .00 | .00 | .0% | .00 | .0% | .00 |

*Ritzcraft*

*is*

*Jonesville*

JOB CLOSE-OUT REPORT

REGISTER NO: JO-000:

| JOB NUMBER: 0840099 | Jonerville | | CUSTOMER NO: MICO | | Midstates Construction | | | |
|---|---|---|---|---|---|---|---|---|
| JOB RECAP COST TYPE | | G/L ACCOUNT CREDIT(WIP) DEBIT(COS) | DOLLARS REV ESTIMATE | JOB-TO-DATE | % OF ESTMT | COST VARIANCE | COST VAR % | OUTSTANDING WORK IN PROC |
| L  Labor | | 1331      4010 | .00 | 14,678.00 | .0% | 14,678.00- | .0% | 14,678.00 |
| M  Material | | 1331      4010 | .00 | 8,361.52 | .0% | 8,361.52- | .0% | 8,361.52 |
| JOB 0840099   TOTAL: | | | .00 | 23,039.52 | .0% | 23,039.52- | .0% | 23,039.52 |
| REPORT TOTAL: | | | .00 | 23,039.52 | .0% | 23,039.52- | .0% | 23,039.52 |

**TRANSACTION DETAIL REPORT**

| NUMBER: 0840099 | Jonesville | | CUSTOMER NO: MICO | | Midstates Construction | | |
|---|---|---|---|---|---|---|---|
| | JOB TYPE: 000 STANDARD JOB TYP | | BILL METHOD: F FIXED | | ESTIMATOR: | | START DATE: |
| | JOB STATUS: O OPEN | | STATUS DATE: 12/29/99 | | MANAGER: | | COMPL. DATE: |
| | CONTRACT NO: | | CONTR DATE: 12/20/99 | | REV. CONTRACT: .00 | | SQUARE FT: |
| | % COMPLETE: .00% | | REPORTED DATE: | | REV. ESTIMATE: .00 | | CALC% CMP: .00% |

| COST CODE/ TRANS DATE | TYPE SRC | REFERENCE/POSTING REMARKS | | BILLED? | UNIT COST | UNITS | DOLLARS | REVISED ESTIMATE | % O Est |
|---|---|---|---|---|---|---|---|---|---|
| 01-001 | | Labor | | | | | | | |
| | L | Labor | U/M: HOUR | | 0.00 | | | .00 | |
| 12/31/99 | AP | 00BARO 2987 | | N | 25.00 | 97.75 | 2,443.75 | | |
| 12/31/99 | AP | 00BARO 2987 | | N | 18.50 | 153.50 | 2,839.75 | | |
| 12/31/99 | AP | 00BARO 2987 | | N | 0.00 | 0.00 | 174.11 | | |
| 12/31/99 | AP | 00BARO 2988 | | N | 25.00 | 27.00 | 675.00 | | |
| 12/31/99 | AP | 00BARO 2988 | | N | 18.50 | 81.00 | 1,498.50 | | |
| 01/31/00 | AP | 00BARO 3002 1/3/00 | | N | 0.00 | 0.00 | 1,127.00 | | |
| 01/31/00 | AP | 00BARO 3002 1/4/00 | | N | 0.00 | 0.00 | 1,835.25 | | |
| 01/31/00 | AP | 00BARO 3002 1/5/00 | | N | 0.00 | 0.00 | 1,871.64 | | |
| 01/31/00 | AP | 00BARO 3002 1/6/00 | | N | 0.00 | 0.00 | 1,843.25 | | |
| 01/31/00 | AP | 00BARO 3017 | | N | 25.00 | 8.50 | 212.50 | | |
| 01/31/00 | AP | 00BARO 3017 | | N | 18.50 | 8.50 | 157.25 | | |
| | | | COST TYPE L TOTAL: | | 39.01 | 376.25 | 14,678.00 | .00 | |
| | | | COST CODE 01-001 TOTAL: | | | | 14,678.00 | .00 | |

| 02-001 | | Material | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | M | Material | U/M: EACH | | 0.00 | | | .00 | |
| 12/31/99 | IM | REF: 00000044 ITEM: BASE | | N | 7.50 | 21.00 | 157.50 | | |
| 12/31/99 | IM | REF: 00000045 ITEM: AGCO | | N | 0.70 | 790.00 | 556.24 | | |
| 12/31/99 | IM | REF: 00000045 ITEM: CRVNCL | | N | 0.74 | 1811.00 | 1,344.85 | | |
| 12/31/99 | IM | REF: 00000045 ITEM: SNAPU | | N | 0.10 | 24.00 | 2.40 | | |
| 12/31/99 | IM | REF: 00000045 ITEM: CLPS1 | | N | 0.02 | 2000.00 | 48.00 | | |
| 12/31/99 | IM | REF: 00000045 ITEM: SCRW4 | | N | 0.09 | 2000.00 | 180.00 | | |
| 12/31/99 | IM | REF: 00000045 ITEM: PLAT4 | | N | 0.05 | 2000.00 | 107.80 | | |
| 12/31/99 | IM | REF: 00000046 ITEM: CRVNCL | | N | 0.78 | 1524.00 | 1,188.72 | | |
| 12/31/99 | IM | REF: 00000046 ITEM: AGCPCL | | N | 0.66 | 1357.00 | 895.62 | | |
| 12/31/99 | IM | REF: 00000047 ITEM: SNAPU | | N | 0.10 | 200.00 | 20.00 | | |
| 12/31/99 | IM | REF: 00000047 ITEM: SCRW4 | | N | 0.09 | 3000.00 | 270.00 | | |
| 12/31/99 | IM | REF: 00000047 ITEM: WATBLK | | N | 2.00 | 8.00 | 16.00 | | |
| 12/31/99 | IM | REF: 00000049 ITEM: AGCO | | N | 0.70 | 1000.00 | 700.00 | | |
| 12/31/99 | IM | REF: 00000049 ITEM: AGCPCL | | N | 0.66 | 3944.00 | 2,603.04 | | |
| 12/31/99 | IM | REF: 00000050 ITEM: BASE | | N | 7.50 | 15.00 | 112.50 | | |
| 01/31/00 | AP | 00DAAD CK002216 | | N | 0.00 | 0.00 | 14.87 | | |
| 01/31/00 | AP | 00BRCO CK002222 | | N | 0.00 | 0.00 | 522.00 | | |
| 01/31/00 | IM | REF: 00000053 ITEM: SNAPU | | N | 0.16 | 2000.00 | 317.40 | | |
| 01/31/00 | IM | REF: 00000053 ITEM: CLPS1 | | N | 0.02 | 2000.00 | 144.00 | | |
| 01/31/00 | IM | REF: 00000053 ITEM: SCRW4 | | N | 0.09 | 2000.00 | 180.00 | | |
| 01/31/00 | IM | REF: 00000053 ITEM: PLAT4 | | N | 0.05 | 1000.00 | 53.90 | | |
| 01/31/00 | IM | REF: 00000053 ITEM: BASE | | N | 7.50 | 15.00 | 112.50 | | |
| 01/31/00 | IM | REF: 00000053 ITEM: WATBLK | | N | 2.00 | 4.00 | 8.00 | | |
| 01/31/00 | IM | REF: 00000053 ITEM: CRVNCL | | N | 0.78 | 287.00 | 223.86 | | |
| 01/31/00 | IM | REF: 00000053 ITEM: RMNBRZ | | N | 0.70 | 167.00 | 116.90 | | |
| 01/31/00 | IM | REF: 00000053 ITEM: AGCO | | N | 0.67 | 1132.00 | 760.36 | | |
| 01/31/00 | IM | REF: 00000053 ITEM: AGCPCL | | N | 0.66 | 125.00 | 82.50 | | |
| 01/31/00 | IM | REF: 00000062 ITEM: SNAPU | | N | 0.15 | 2000.00- | 300.00- | | |
| 01/31/00 | IM | REF: 00000062 ITEM: CLPS1 | | N | 0.02 | 6000.00- | 144.00- | | |
| 01/31/00 | IM | REF: 00000062 ITEM: SCRW4 | | N | 0.09 | 2000.00- | 180.00- | | |
| 01/31/00 | IM | REF: 00000062 ITEM: PLAT4 | | N | 0.05 | 1000.00- | 53.90- | | |
| 01/31/00 | IM | REF: 00000062 ITEM: BASE | | N | 7.50 | 15.00- | 112.50- | | |
| 01/31/00 | IM | REF: 00000062 ITEM: WATBLK | | N | 2.00 | 4.00- | 8.00- | | |
| 01/31/00 | IM | REF: 00000062 ITEM: CRVNCL | | N | 0.78 | 287.00- | 223.86- | | |
| 01/31/00 | IM | REF: 00000062 ITEM: RMNBRZ | | N | 0.70 | 167.00- | 116.90- | | |
| 01/31/00 | IM | REF: 00000062 ITEM: AGCO | | N | 0.70 | 1132.00- | 792.40- | | |
| 01/31/00 | IM | REF: 00000062 ITEM: AGCPCL | | N | 0.66 | 125.00- | 82.50- | | |
| 01/31/00 | IM | REF: 00000062 ITEM: SNAPU | | N | 0.15 | 2000.00 | 300.00 | | |
| 01/31/00 | IM | REF: 00000062 ITEM: CLPS1 | | N | 0.02 | 6000.00 | 144.00 | | |
| 01/31/00 | IM | REF: 00000062 ITEM: SCRW4 | | N | 0.09 | 2000.00 | 180.00 | | |
| 01/31/00 | IM | REF: 00000062 ITEM: PLAT4 | | N | 7.50 | 1000.00 | 53.90 | | |
| 01/31/00 | IM | REF: 00000062 ITEM: BASE | | N | 7.50 | 15.00 | 112.50 | | |
| 01/31/00 | IM | REF: 00000062 ITEM: WATBLK | | N | 2.00 | 4.00 | 8.00 | | |
| 01/31/00 | IM | REF: 00000062 ITEM: CRVNCL | | N | 0.78 | 287.00 | 233.86 | | |
| 01/31/00 | IM | REF: 00000062 ITEM: RMNBRZ | | N | 0.70 | 167.00 | 116.90 | | |
| 01/31/00 | IM | REF: 00000062 ITEM: AGCO | | N | 0.70 | 1132.00 | 792.40 | | |
| 01/31/00 | IM | REF: 00000062 ITEM: AGCPCL | | N | 0.66 | 125.00 | 82.50 | | |

TRANSACTION DETAIL REPORT                                                    R S S P, INC

NUMBER: 0840099     Jonesville

| COST CODE/ TYPE | | | | BILLED? | UNIT COST | UNITS | DOLLARS | REVISED ESTIMATE | % OF ESTMT |
|---|---|---|---|---|---|---|---|---|---|
| TRANS DATE | SRC | REFERENCE/POSTING REMARKS | | | | | | | |
| | | COST TYPE M TOTAL: | | | 0.28 | 29376.00 | 8,361.52 | .00 | .0% |
| | | COST CODE 02-001 TOTAL: | | | | | 8,361.52 | .00 | .0% |
| | | JOB 0840099 TOTAL: | | | | | 23,039.52 | .00 | .0% |
| | | REPORT TOTAL: | | | | | 67,432.46 | .00 | .0% |

JOB CLOSE-OUT REPORT                          *EDM*                          REGISTER NO: JO 000

JOB NUMBER: 0212000   Agricor                              CUSTOMER NO: MOEN      Moss Engineering Corporation
                      JOB TYPE: 000  STANDARD JOB TYPE     BILL METHOD: F FIXED        ESTIMATOR:                START DATE:
                      JOB STATUS: C  COMPLETE              STATUS DATE: 08/31/00       MANAGER:                  COMPL DATE:
                      CONTRACT NO:                         REV. CONTRACT:    20,753.00  SQUARE FT:      5,175
                      CONTR DATE: 02/22/00                 BILLED TO DATE:        .00   RETENTION:           .00
                      ACCT METHOD: P  % COMPLETE           PAID TO DATE:          .00   PROFT AMT:     -11,475.09   PROFIT %:  -55.29%

| COST CODE/ COST TYPE | | U/M | UNITS | | DOLLARS | | % OF ESTMT | COST VARIANCE | COST VAR % | OUTSTANDING WORK IN PROG |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | REV ESTIMATE | JOB-TO-DATE | REV ESTIMATE | JOB-TO-DATE | | | | |
| 01-001 L  Labor | Labor | HOUR | 0.00 | 740.99 | .00 | 19,284.56 | .0% | 19,284.56- | 0% | 19,284.56 |
| 02-001 M Material | Material | EACH | 0.00 | 48,113.00 | .00 | 12,937.34 | .0% | 12,937.34- | .0% | 12,937.34 |
| 03-003 L  Labor | Overtime Labor | HOUR | 0.00 | 0.25 | .00 | 6.19 | .0% | 6.19- | .0% | 6.19 |
| JOB TOTAL: COST/SQUARE FT: | | | | | .00 .00 | 32,228.09 6.23 | .0% .0% | 32,228.09- 6.23- | .0% .0% | 32,228.09 6.23 |

Agricor Job

R.S.S.P.

TRANSACTION DETAIL REPORT

Done

| | | | | CUSTOMER NO: MOEN | | Moss Engineering Corporation | | |
|---|---|---|---|---|---|---|---|---|
| JOB NUMBER: 0212000 | Agricor | | | BILL METHOD: F FIXED | | ESTIMATOR: | | START DATE: |
| | JOB TYPE: 000 STANDARD JOB TYP | | | STATUS DATE: 06/30/00 | | MANAGER: | | COMPL DATE: |
| | JOB STATUS: O OPEN | | | CONTR DATE: 02/22/00 | | REV. CONTRACT: 20,753.00 | | SQUARE FT: |
| | CONTRACT NO. | | | REPORTED DATE: 06/30/00 | | REV. ESTIMATE: .00 | | CALC% CMP: .0 |
| | % COMPLETE: 95.00% | | | | | | | |

| COST CODE/ TRANS DATE | TYPE SRC | REFERENCE/POSTING REMARKS | | | BILLED? | UNIT COST | UNITS | DOLLARS | REVISED ESTIMATR |
|---|---|---|---|---|---|---|---|---|---|
| 01-001 | | Labor | | | | | | | |
| | L | Labor | | U/M: HOUR | | 0.00 | | | 00 |
| 04/30/00 | AP | 00BARO | 3183 | 4/11 | N | 18.50 | 3.00 | 55.50 | |
| 04/30/00 | AP | 00BARO | 3183 | 4/11 | N | 18.50 | 3.00 | 55.50 | |
| 04/30/00 | AP | 00BARO | 3183 | 4/13 | N | 20.50 | 10.50 | 215.25 | |
| 04/30/00 | AP | 00BARO | 3183 | 4/13 | N | 18.50 | 10.50 | 194.25 | |
| 04/30/00 | AP | 00BARO | 3183 | 4/13 | N | 20.50 | 7.00 | 143.50 | |
| 04/30/00 | AP | 00BARO | 3183 | 4/14 | N | 18.50 | 7.00 | 129.50 | |
| 04/30/00 | AP | 00BARO | 3208 | 4/17 | N | 20.50 | 11.00 | 225.50 | |
| 04/30/00 | AP | 00BARO | 3208 | 4/17 | N | 18.50 | 11.00 | 203.50 | |
| 04/30/00 | AP | 00BARO | 3208 | 4/18 | N | 20.50 | 13.50 | 276.75 | |
| 04/30/00 | AP | 00BARO | 3208 | 4/18 | N | 18.50 | 13.00 | 240.50 | |
| 04/30/00 | AP | 00BARO | 3208 | 4/20 | N | 20.50 | 8.00 | 164.00 | |
| 04/30/00 | AP | 00BARO | 3208 | 4/20 | N | 18.50 | 8.00 | 148.00 | |
| 04/30/00 | AP | 00BARO | 3208 | 4/20 | N | 25.00 | 1.50 | 37.50 | |
| 04/30/00 | AP | 00BARO | 3208 | 4/21 | N | 20.50 | 5.00 | 102.50 | |
| 04/30/00 | AP | 00BARO | 3208 | 4/21 | N | 18.50 | 4.00 | 74.00 | |
| 04/30/00 | AP | 00BARO | 3218 | 4/25 | N | 20.50 | 7.74 | 158.67 | |
| 04/30/00 | AP | 00BARO | 3218 | 4/25 | N | 18.50 | 9.50 | 175.75 | |
| 04/30/00 | AP | 00URO | CK002327 | | N | 0.00 | 0.00 | 3,400.00 | |
| 05/31/00 | AP | 00BARO | 3248 | 5/1 | N | 20.50 | 3.75 | 76.88 | |
| 05/31/00 | AP | 00BARO | 3248 | 5/1 | N | 18.50 | 2.75 | 50.88 | |
| 05/31/00 | AP | 00BARO | 3248 | 5/2 | N | 20.50 | 7.50 | 153.75 | |
| 05/31/00 | AP | 00BARO | 3248 | 5/2 | N | 18.50 | 7.00 | 129.50 | |
| 05/31/00 | AP | 00URO | CK002340 | Final | N | 0.00 | 0.00 | 2,870.00 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/23 | N | 20.50 | 12.00 | 246.00 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/23 | N | 18.50 | 12.00 | 222.00 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/23 | N | 18.50 | 9.00 | 166.50 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/23 | N | 18.50 | 9.00 | 166.50 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/23 | N | 18.50 | 9.00 | 166.50 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/23 | N | 18.50 | 9.00 | 166.50 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/24 | N | 20.50 | 10.50 | 215.25 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/24 | N | 18.50 | 10.50 | 194.25 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/24 | N | 18.50 | 10.50 | 194.25 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/24 | N | 18.50 | 10.50 | 194.25 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/24 | N | 18.50 | 10.50 | 194.25 | |
| 05/31/00 | AP | 00BARO | 3294 | 5/24 | N | 18.50 | 10.50 | 194.25 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/2 | N | 20.50 | 6.50 | 133.25 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/2 | N | 18.50 | 6.50 | 120.25 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/5 | N | 20.50 | 1.00 | 20.50 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/5 | N | 18.50 | 1.00 | 18.50 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/23 | N | 20.50 | 10.00 | 205.00 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/23 | N | 18.50 | 10.00 | 185.00 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/27 | N | 20.50 | 11.50 | 235.75 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/27 | N | 18.50 | 44.00 | 814.00 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/28 | N | 18.50 | 42.00 | 777.00 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/29 | N | 20.50 | 9.50 | 194.75 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/29 | N | 18.50 | 34.00 | 629.00 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/30 | N | 20.50 | 6.00 | 123.00 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/30 | N | 18.50 | 6.00 | 111.00 | |
| 06/30/00 | AP | 00BARO | 3370 | 6/30 | N | 18.50 | 40.00 | 740.00 | |
| 07/05/00 | TC | 008204A | PE: 07/08/00 TC-0002 | | N | 14.00 | 9.50 | 133.00 | |
| 07/05/00 | TC | 009471A | PE: 07/08/00 TC-0002 | | N | 9.00 | 9.50 | 85.50 | |
| 07/06/00 | TC | 008204A | PE: 07/08/00 TC-0002 | | N | 14.00 | 10.50 | 147.00 | |
| 07/06/00 | TC | 009471A | PE: 07/08/00 TC-0002 | | N | 9.00 | 10.00 | 90.00 | |
| 07/07/00 | TC | 008204A | PE: 07/08/00 TC-0002 | | N | 14.00 | 11.50 | 161.00 | |
| 07/07/00 | TC | 009471A | PE: 07/08/00 TC-0002 | | N | 9.00 | 11.50 | 103.50 | |
| 07/11/00 | TC | 008204A | PE: 07/11/00 TC-0003 | | N | 21.00 | 10.00 | 210.00 | |
| 07/11/00 | TC | 009735A | PE: 07/11/00 TC-0003 | | N | 18.75 | 10.00 | 187.50 | |
| 07/11/00 | TC | 00A6396 | PE: 07/11/00 TC-0003 | | N | 13.28 | 10.00 | 132.75 | |
| 07/12/00 | TC | 009735A | PE: 07/14/00 TC-0004 | | N | 12.50 | 11.00 | 137.50 | |
| 07/12/00 | TC | 00A6396 | PE: 07/14/00 TC-0004 | | N | 9.00 | 11.00 | 99.00 | |
| 07/13/00 | TC | 009735A | PE: 07/14/00 TC-0004 | | N | 12.50 | 10.50 | 131.25 | |
| 07/13/00 | TC | 00A6396 | PE: 07/14/00 TC-0004 | | N | 9.00 | 10.50 | 94.50 | |

00   Agricor

| SRC | REFERENCE/POSTING REMARKS | | BILLED? | UNIT COST | UNITS | DOLLARS | REVISED ESTIMATE | % OF ESTMT |
|-----|------|------|------|------|------|------|------|------|
| | Labor | | | | | | | |
| | Labor | | U/M:  HOUR | 0.00 | | | | |
| TC | 009735A | PE: 07/14/00  TC-0004 | N | 12.50 | 9.50 | 118.75 | | .0% |
| TC | 00A6396 | PE: 07/14/00  TC-0004 | N | 9.00 | 9.50 | 85.50 | | .0% |
| AP | 00BARO | 3413          7/5 | N | 18.50 | 9.50 | 175.75 | | .0% |
| AP | 00BARO | 3413          7/6 | N | 18.50 | 10.50 | 194.25 | | .0% |
| AP | 00BARO | 3413          7/7 | N | 18.50 | 10.50 | 194.25 | | .0% |
| TC | 004264A | PE: 08/15/00  TC-0009 | N | 16.51 | 0.75 | 12.38 | | .0% |
| TC | 004555A | PE: 08/15/00  TC-0009 | N | 14.00 | 1.00 | 14.00 | | .0% |
| TC | 004264A | PE: 08/22/00  TC-0010 | N | 16.50 | 8.00 | 132.00 | | .0% |
| TC | 004264A | PE: 08/22/00  TC-0010 | N | 16.50 | 11.00 | 181.50 | | .0% |
| | | COST TYPE L TOTAL: | | 26.03 | 740.99 | 19,284.56 | .00 | .0% |
| | | COST CODE 01-001 TOTAL: | | | | 19,284.56 | .00 | .0% |
| | Material | | | | | | | |
| | Material | | U/M:  EACH | 0.00 | | | .00 | |
| IM | REF: 00000078 | ITEM: SEAPCL | N | 0.70 | 1053.00 | 737.10 | | .0% |
| IM | REF: 00000080 | ITEM: SEAPCL | N | 0.70 | 282.00 | 197.40 | | .0% |
| IM | REF: 00000080 | ITEM: CLRCLK | N | 3.65 | 2.00 | 7.30 | | .0% |
| IM | REF: 00000080 | ITEM: SEAPCL | N | 0.65 | 4002.00 | 2,601.70 | | .0% |
| IM | REF: 00000080 | ITEM: SNPSOP | N | 0.10 | 1800.00 | 180.00 | | .0% |
| IM | REF: 00000080 | ITEM: STAP1 | N | 0.03 | 4000.00 | 100.00 | | .0% |
| IM | REF: 00000080 | ITEM: RIVTSP | N | 0.02 | 100.00 | 1.78 | | .0% |
| IM | REF: 00000080 | ITEM: WATBLK | N | 1.65 | 2.00 | 3.30 | | .0% |
| IM | REF: 00000080 | ITEM: SEAPRT | N | 0.70 | 337.00 | 235.90 | | .0% |
| IM | REF: 00000080 | ITEM: SNPSOP | N | 0.10 | 600.00 | 60.00 | | .0% |
| IM | REF: 00000080 | ITEM: CLPS1 | N | 0.02 | 1000.00 | 23.00 | | .0% |
| IM | REF: 00000080 | ITEM: RIVTSP | N | 0.02 | 50.00 | .89 | | .0% |
| IM | REF: 00000080 | ITEM: WATBLK | N | 1.65 | 6.00 | 9.90 | | .0% |
| IM | REF: 00000082 | ITEM: CLPS1 | N | 0.02 | 2200.00 | 50.60 | | .0% |
| IM | REF: 00000082 | ITEM: SNPSOP | N | 0.10 | 1200.00 | 120.00 | | .0% |
| IM | REF: 00000082 | ITEM: SEAPCL | N | 0.64 | 3281.00 | 2,099.84 | | .0% |
| IM | REF: 00000082 | ITEM: WATBLK | N | 1.75 | 6.00 | 10.50 | | .0% |
| IM | REF: 00000082 | ITEM: CLRCLK | N | 3.65 | 6.00 | 21.90 | | .0% |
| IM | REF: 00000082 | ITEM: NALI1/2 | N | 0.65 | 5.00 | 3.25 | | .0% |
| IM | REF: 00000083 | ITEM: SEAPRT | N | 0.70 | 143.00 | 100.10 | | .0% |
| IM | REF: 00000083 | ITEM: SNPSOP | N | 0.10 | 200.00 | 20.00 | | .0% |
| IM | REF: 00000083 | ITEM: CLPS1 | N | 0.02 | 400.00 | 9.20 | | .0% |
| IM | REF: 00000083 | ITEM: WATBLK | N | 1.75 | 10.00 | 17.50 | | .0% |
| IM | REF: 00000087 | ITEM: BLKCLK | N | 3.20 | 17.00 | 54.40 | | .0% |
| IM | REF: 00000090 | ITEM: SEAPRT | N | 0.69 | 266.00 | 183.14 | | .0% |
| IM | REF: 00000091 | ITEM: SOPCLP | N | 0.10 | 1800.00 | 180.00 | | .0% |
| IM | REF: 00000091 | ITEM: CLPS1 | N | 0.02 | 3000.00 | 72.90 | | .0% |
| IM | REF: 00000091 | ITEM: WATBLK | N | 1.70 | 6.00 | 10.20 | | .0% |
| IM | REF: 00000091 | ITEM: SEAPCL | N | 0.63 | 4003.00 | 2,523.09 | | .0% |
| IM | REF: 00000093 | ITEM: WATBLK | N | 1.35 | 20.00 | 27.00 | | .0% |
| IM | REF: 00000093 | ITEM: WATBLK | N | 1.35 | 25.00 | 33.75 | | .0% |
| IM | REF: 00000095 | ITEM: BAKROD | N | 0.05 | 11300.00 | 555.96 | | .0% |
| AP | 00S&T | 2144          300 1/2" screws | N | 0.00 | 0.00 | 10.43 | | .0% |
| IM | REF: 00000096 | ITEM: SEAPCL | N | 0.37 | 2101.00 | 1,197.57 | | .0% |
| IM | REF: 00000096 | ITEM: SOPCLP | N | 0.10 | -1200.00 | 120.00 | | .0% |
| IM | REF: 00000096 | ITEM: RIVTSP | N | 0.02 | 100.00 | 1.78 | | .0% |
| IM | REF: 00000096 | ITEM: CLPS1 | N | 0.02 | 2000.00 | 48.60 | | .0% |
| IM | REF: 00000096 | ITEM: WATBLK | N | 1.35 | 8.00 | 10.80 | | .0% |
| AP | 00NOPA | CKU02432     Touch-Up Paint | N | 0.00 | 0.00 | 16.33 | | .0% |
| IM | REF: 00000099 | ITEM: BAKROD | N | 0.06 | 1000.00 | 58.10 | | .0% |
| IM | REF: 00000099 | ITEM: BLACK | N | 0.70 | 200.00 | 140.00 | | .0% |
| IM | REF: 00000099 | ITEM: CLRCLK | N | 2.75 | 5.00 | 13.75 | | .0% |
| AP | 00CLME | 3546          140' downs,21 elbows | N | 0.00 | 0.00 | 1,000.00 | | .0% |
| IM | REF: 00000102 | ITEM: SEAPRT | N | 0.64 | 57.00 | 36.48 | | .0% |
| IM | REF: 00000102 | ITEM: RIVTSP | N | 0.02 | 300.00 | 5.34 | | .0% |
| IM | REF: 00000102 | ITEM: ALMCLK | N | 4.20 | 4.00 | 16.80 | | .0% |
| IM | REF: 00000102 | ITEM: SCRW6 | N | 0.11 | 16.00 | 1.76 | | .0% |
| | | COST TYPE M TOTAL: | | 0.27 | 48113.00 | 12,937.34 | .00 | .0% |
| | | COST CODE 02-001 TOTAL: | | | | 12,937.34 | .00 | .0% |

TRANSACTION DETAIL REPORT

JOB NUMBER: 0212000     Agricor

| COST CODE/ TRANS DATE | TYPE | SRC | REFERENCE/POSTING REMARKS | BILLED? | UNIT COST | UNITS | DOLLARS | REVISED ESTIMATE | % OF ESTMT |
|---|---|---|---|---|---|---|---|---|---|
| 33-003 | | | Overtime Labor | | | | | .00 | |
| 08/15/00 | L | TC | Labor 004264A PE: 08/15/00 TC-0009 | U/M: HOUR N | 0.00 24.76 | 0.25 | 6.19 | | .0% |
| | | | COST CODE 03-003 TOTAL: | | | | 6.19 | .00 | .0% |
| | | | JOB 0212000 TOTAL: | | | | 32,228.09 | .00 | .0% |

**RSSP INC.**

Open Jobs List

Jun-00

| Job # | Billed | To Date | Profit Earned | | 1330 Labor | 1331 Matl | Total | PROFIT PLUS COST | EST PROFIT + COSTS > < AMT BILLED |
|---|---|---|---|---|---|---|---|---|---|
| 92000 | $ 10,386.00 | $ 10,386.00 | $ 2,500.00 | $ 7,500.00 | $ 1,666.50 | $ - | $ 1,666.50 | $ 4,166.50 | $ 6,219.50 |
| 462000 | $ 19,000.00 | $ 19,000.00 | $ - | $ 16,000.00 | $ - | $ - | $ - | $ - | $ - |
| 302000 | $ 43,335.00 | $ 15,750.00 | $ 8,000.00 | $ 26,000.00 | $ 5,401.00 | $ 14,131.00 | $ 19,532.00 | $ 27,532.00 | $ (11,782.00) |
| 472000 | $ 13,818.00 | $ - | $ - | $ 10,700.00 | $ - | $ - | $ - | $ - | $ - |
| 482000 | $ 1,051.74 | $ - | $ 350.00 | $ 650.00 | $ 285.00 | $ 93.00 | $ 378.00 | $ 728.00 | $ (728.00) |
| 452000 | $ 58,745.00 | $ 25,000.00 | $ 3,186.00 | $ 48,000.00 | $ 3,415.00 | $ 8,661.00 | $ 12,076.00 | $ 15,262.00 | $ 9,738.00 |
| 332000 | $ 101,730.00 | $ 76,884.00 | $ 19,557.00 | $ 90,000.00 | $ 46,903.00 | $ 35,157.00 | $ 82,060.00 | $ 101,617.00 | $ (24,733.00) |
| 212000 | $ 20,753.00 | $ - | $ (7,000.00) | $ 24,000.00 | $ 16,464.00 | $ 10,260.00 | $ 26,724.00 | $ 19,724.00 | $ (724.00) |
| 222000 | $ 103,620.00 | $ 73,500.00 | $ 15,858.00 | $ 88,000.00 | $ 34,811.00 | $ 50,421.00 | $ 85,232.00 | $ 101,090.00 | $ (27,590.00) |
| Totals | $ 372,438.74 | $ 220,520.00 | $ 42,451.00 | $ 310,850.00 | $ 108,945.50 | $118,723.00 | $ 227,668.50 | $ 270,119.50 | $ (49,599.50) |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

R.S.S.P., INC.                              :
                                            :
             Plaintiff,                     :
                                            :
       v.                                   :        No.  02-CV-3707
                                            :
ROLL FORMER CORPORATION                     :
                                            :
             Defendant                      :

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of *Plaintiff's Response to Defendant's Motion in Limine to Preclude Plaintiff's Damage Estimate and Memorandum of Law* was served via first class mail, postage prepaid upon the following:

        Daniel McCaffery, Esq.
        Robert Nemeroff, Esq.
        Jaffe, Friedman, Schuman, Sciolla, Nemeroff & Applebaum
        Suite 200
        7848 Old York Road
        Elkins Park, PA 19027


                    Corey F. Higgins

Date: June 30, 2003

151107 v1