IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.S.S.P., INC. | : | |
| Plaintiff, | : : : | |
| v. | : : | No. 02-CV-3707 |
| ROLL FORMER CORPORATION | : : | |
| Defendant | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant's Motion in Limine to Preclude Plaintiff's Damage Estimate and Plaintiff's response thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion is **DENIED**.

_____
J.

151111 v1