**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| R.S.S.P., Inc. | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ROLL FORMER CORPORATION | : | NO. 02-3707 |
| Defendant | : | |

## **O R D E R**

AND NOW, this    day of July, 2003, upon consideration of the Defendant Roll Former Corporation's Motion in Limine (Document 13), it is hereby ORDERED that Motion is DENIED as moot.  Trial is hereby scheduled for September 15, 2003.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.