```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

R.S.S.P., INC.                     :          CIVIL ACTION
                                   :
        v.                         :
                                   :
ROLL FORMER CORPORATION            :          NO. 2002-3707

## O R D E R

AND NOW, this   day of September, 2003, it is Ordered that a non-jury trial is scheduled for Monday, September 15, 2003 at 10:30 a.m. in Courtroom 13-A United States Courthouse, 601 Market Street, Philadelphia.

ATTEST:                            or     BY THE COURT


BY:_____              _____
   Michael Finney,                        Judge
   Deputy Clerk to
   Judge Newcomer

Civ 12 (9/83)