**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

R.S.S.P., Inc.                    :        CIVIL ACTION
                                  :
    Plaintiff                 :
                                  :
    v.                        :
                                  :
ROLL FORMER CORPORATION           :
                                  :        NO.  02-3707
                                  :
    Defendant                 :
                                  :

## O R D E R

AND NOW, this    day of September, 2003, upon consideration of the Plaintiff's Objections to Notice to Attend and Produce, it is hereby ORDERED that said Objections are SUSTAINED.  Plaintiff will not be obligated to produce the equipment referenced in the Defendant's Notice to Attend and Produce because said equipment is located out-of-state and its size makes it difficult to transport and display in the courtroom.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.