IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R.S.S.P., INC., : | CIVIL ACTION NO. 02-3707 |
|     Plaintiff : | |
| : | |
| ROLL FORMER CORPORATION, : | |
|     Defendant : | JUDGE NEWCOMER |

## STIPULATION OF SETTLEMENT AND DISMISSAL OF ACTION

It is hereby stipulated and agreed that the matter in the above-entitled action has been settled and Plaintiff's claims against Defendant are hereby dismissed with prejudice and without costs against either party.

FLAMM, BOROFF & BACINE, P.C.                    JAFFE, FRIEDMAN, SCHUMAN,
                                                SCIOLLA, NEMEROFF &
                                                APPLEBAUM, P.C.


By:_____               By:_____
    Walter H. Flamm, Jr.                            Daniel D. McCaffery
    Attorney for Plaintiff                          Attorney for Defendant
    R.S.S.P., Inc.                                  Roll Former Corporation

156829 v1